IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BESTWAY, INC. )
) No. 3-09-0819
v. )
)
MICHAEL RUSH )

O R D E R

On April 12, 2010, counsel for the plaintiff called the office of the undersigned to advise that the parties had reached a settlement in this case.

Therefore, the telephone conference call, and settlement conference, scheduled by order entered April 7, 2010 (Docket Entry No. 31), on April 20, 2010, and April 23, 2010, respectively, are CANCELLED.

In addition, the defendant's motion for declaratory judgment and to dismiss or for summary judgment (Docket Entry No. 26), and the plaintiff's motion for extension of time (Docket Entry No. 30) are rendered MOOT, and the Clerk is directed to terminate those motions as pending.

By April 30, 2010, the parties shall file an agreed order of dismissal.

The Clerk is directed to forward the file in this case to the Honorable Robert L. Echols for his consideration of the parties' agreed order of dismissal to be filed by April 30, 2010.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge